**Cameron James Wilson**
1312 South 44th Avenue
Yakima, WA 98908
Email: cam@piitp.com
Telephone: (503) 496-9239

March 28, 2025

**Clerk of Court**
United States District Court
Eastern District of Washington, Yakima Division
Thomas S. Foley United States Courthouse
W. 920 Riverside Ave., Room 840
Spokane, WA 99201

**Re: Civil Action No. 1:25-cv-03038-MKD**
*Cameron James Wilson v. Washington State Patrol, State of Washington, David L. Schoenborn, and Nathan Hovinghoff*

Dear Clerk of Court:

I am the Plaintiff in the above-referenced civil action filed in the United States District Court for the Eastern District of Washington, Yakima Division. I am writing to submit documentation related to service of process upon the Defendants, confirming that the Washington State Patrol, the State of Washington, and the individual Troopers have been properly served with their Summons and Complaint.

**Enclosed Documents:**

1. Proof of Service of Summons and Complaint for David L. Schoenborn.
2. Proof of Service of Summons and Complaint for Nathan Hovinghoff.
3. Proof of Service of Summons and Complaint for Washington State Patrol.

**Service Addresses:**

- **Washington State Patrol**:1500 Jefferson ST SE MS 41466 Olympia, Washington 98504-1466
- **David L. Schoenborn**: (Served via WSP District Office)

RECEIVED
APR - 1 2025
CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON

- **Nathan Hovinghoff**: (Served via WSP District Office)

**Filing Instructions:**
I am submitting these Proof of Service documents electronically through CM/ECF/PACER as separate PDF files, each properly labeled for the specific Defendant. Please file the electronic copies into the court record for Case No. 1:25-cv-03038-MKD.

**Request for Confirmation:**
I respectfully request that you provide confirmation of receipt for these Proof of Service documents. Please send a scanned PDF copy of the filed documents to my email address at `cam@piitp.com` and mail a certified copy to my physical address listed above.

**Additional Information:**

- **Case Number:** 1:25-cv-03038-MKD
- **Case Title:** *Cameron James Wilson v. Washington State Patrol, et al.*

**Contact Information:**
Should you require any additional information or have any questions regarding this submission, please do not hesitate to contact me via email or telephone as provided above.

**Conclusion:**
Thank you for your attention to this matter. Ensuring that these Proof of Service documents are correctly filed is crucial for the progression of this case. I appreciate your cooperation and prompt handling of this submission.

**Respectfully submitted,**

**/s/ Cameron James Wilson**
**Cameron James Wilson, Pro Se**