Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

HONORABLE MARY K. DIMKE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON JAMES WILSON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE PATROL, DAVID SCHOENBORN, AND SERGEANT HOVINGHOFF,<br><br>Defendants. | NO. 1:25-cv-03038-MKD<br><br>JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN |

Pursuant to Fed. R. Civ. Pro 26(f), Cameron James Wilson, Plaintiff, and Brandon Slaven, Assistant Attorney General for Defendants Washington State Patrol, David Schoenborn and Sergeant Hovinghoff, met and conferred during the week of September 15-19, 2025. They reached agreement on the foregoing and the parties submit the following Joint Status Certificate and Discovery Plan:

**1.  Whether the parties have notified the Clerk's Office if they consent to the case being heard by a full-time U.S. Magistrate Judge, see 28 U.S.C. § 636:**

   Yes.

**2.  Whether jurisdiction and venue exist and if they do exist, the basis for each:**

   The parties agree the events are alleged to occur within the Eastern District of Washington and 28 U.S.C. § 1343 provide federal courts original jurisdiction over the described allegations. Notwithstanding, the Defendants assert they have not waived their Eleventh Amendment right to be free from suit absent consent.

**3.  Whether service is complete and, if not, a deadline for completion:**
   Service is complete.

**4.  A brief description of the claims and defenses:**

   Plaintiff seeks compensatory and punitive damages against Defendants for violations of the US Constitution, the American with Disabilities Act, and state law claims of assault and battery, intentional infliction of emotional distress, false imprisonment, and negligent training and supervision arising out of a contact with the Defendants that resulted in Plaintiffs arrest in 2025. Defendants generally deny the claims and raise numerous affirmative defenses set forth in the Answer.

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

**5.    Whether a statute's constitutionality is being challenged,** *see* **Fed. R. Civ. P. 5.1, and whether the required notice has been provided:**

The Plaintiff is not challenging the constitutionality of any statutes.

**6.    Whether the matter may be pursued as a class action, and if so, 1) a suggested deadline for filing a motion for class certification, and 2) what type of class action may be pursued,** *see* **Fed. R. Civ. P. 23:**

N/A

**7.    Whether any issues should be certified to a state supreme court:**

N/A

**8.    Suggested deadline for amending the pleadings:**

February 6, 2025

**9.    Suggested deadline for adding additional parties:**

February 6, 2025

**10.    Whether all non-governmental corporate parties have filed the necessary ownership statement,** *see* **Fed. R. Civ. P. 7.1:**

N/A

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

**11.    Whether the case involves a minor or incompetent party and whether the appointment of a guardian ad litem is necessary,** *see* **LCivR 17(c):**

N/A

**12.    Discovery:**

- Suggested deadline for initial disclosures, see Fed. R. Civ. P. 26(a)(1) if not already completed:

    October 31, 2025

- Subjects on which discovery may be needed:

    The parties claims and defenses.

- Any issues about preserving discoverable information, including electronically stored information:

    None known at this time.

- Claims of privilege or protections:

    To be determined.

- Proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15):

    None.

- Suggested expert disclosure deadlines:

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

   Plaintiff, 270 days prior to trial.

   Defendant 240 days prior to trial.

   Rebuttal 210 days prior to trial.

- <u>Suggested discovery cut-off:</u>

   150 days prior to trial.

- <u>Any anticipated Fed. R. Evid. 502 agreement relating to inadvertent Disclosures:</u>

  IT IS HEREBY ORDERED that, pursuant to Fed. R. Evid. 502(d), a Party's inadvertent disclosure or production of any documents or information in this proceeding shall not, for the purposes of this proceeding or any other proceeding in any other court, constitute a waiver by that Party of any privilege or protection applicable to those documents, including the attorney-client privilege, work product protection, and any other privilege or protection recognized by law.

  The provisions of Fed. R. Evid. 502(b) are inapplicable to the production of documents or information under this Order. Specifically, there has been no waiver if a party discloses privileged or protected information inadvertently or otherwise, regardless of whether the party took reasonable steps to prevent the disclosure or to rectify the error.

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
509-456-3123

Any party receiving any such inadvertently produced documents or information shall return them to the producing party, upon request, within 10 business days of receiving such request, delete any versions of the documents it maintains, and make no use of the information contained therein, regardless of whether the receiving party agrees with the claim of privilege and/or work product protection.

Nothing in this Order shall prevent a receiving party from challenging the privilege or protection asserted by the producing party. Pursuant to Fed. R. Civ. P. 26, the producing party bears the burden of establishing the privilege or protection of all such challenged documents. The receiving party may not use information contained in the challenged documents when contesting the privilege claim. The time periods herein can be extended if the parties agree in writing.

Disclosure of information or documents by the receiving party before the producing party designates the information as protected shall not be deemed a violation of this Order.

**13.    Proposed protective orders/confidentiality agreements which shall be submitted as an attachment to the Rule 26(f) report:**

None at this time.

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

6

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

**14.   Anticipated motions and suggested dispositive motion filing deadline:**

Plaintiffs does/does not anticipate filing any motions.  Defendants anticipate moving for summary judgment.

**15.   Trial**:

- <u>Whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, a jury demand must be filed within 30 days after removal, *see* LCivR 38(d)</u>:

    A jury trial is requested.

- <u>suggested trial date(s) and suggested location</u>:

    November 16, 2026 in Yakima, Washington.

- <u>length of trial (total days needed for all parties)</u>:

    One week.

- <u>requests for bifurcation</u>:

    None at this time.

- <u>the need for special audio/visual courtroom technology</u>:

    None at this time.

**16. Mediation:**

- <u>Suggested deadline for referral to the magistrate judge for mediation</u>:

    90 days prior to trial.

- <u>Efforts the parties have already made towards settlement</u>:

    None.

- <u>Any barriers to productive mediation which exist at this time</u>:

    Case development through discovery and motion practice may be required to facilitate case evaluation prior to any productive mediation.

**17. Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.**

None.
JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

8

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
509-456-3123

DATED this  24  day of September, 2025.

| NICHOLAS W. BROWN<br>Attorney General | CAMERON JAMES WILSON |
|---|---|
| s/*Brandon Slaven*<br>BRANDON SLAVEN<br>WSBA No. 57123<br>Assistant Attorney General<br>Attorneys for Defendant<br>1116 W. Riverside, Suite 100<br>Spokane WA 99201<br>509-456-3123 - Telephone<br>AAG@atg.wa.gov | Electronically Approved 9/18/25<br>Pro Se Plaintiff<br>1312 South 44th<br>Yakima, WA 98908<br>cam@piitp.com |

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN

9

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

**PROOF OF SERVICE**

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>CAMERON JAMES WILSON
>1312 SOUTH 44TH
>YAKIMA, WA 98908

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this  24   day of September, 2025, at Spokane, Washington.

>NICHOLAS W. BROWN
>Attorney General
>
> s/*Brandon Slaven*
>BRANDON SLAVEN, WSBA No. 57123
>Assistant Attorney General
>Attorneys for the Defendants
>1116 W. Riverside Ave., Suite 100
>Spokane, WA 99201-1106
>(509) 456-3123
>Brandon.Slaven@atg.wa.gov