Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

**HONORABLE MARY K. DIMKE**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON JAMES WILSON, <br><br> Plaintiff, <br><br> v. <br><br> DAVID SCHOENBORN AND NATHAN HOVINGHOFF <br><br> Defendants. | NO. 1:25-cv-03038-MKD <br><br> DEFENDANTS DAVID SCHOENBORN AND NATHAN HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND |

State Defendants, in answer to ECF No. 18, Plaintiff's Second Amended Complaint for Damages, deny each allegation therein and all inferences therefrom, except as specifically admitted below. The paragraphs that follow answer the corresponding paragraph of the same number in the Second Amended Complaint.

## I.   INTRODUCTION

1. Defendants admit that on March 5, 2025, Trooper Schoenborn stopped to check whether the driver, believed to be Plaintiff in this matter, of a silver sedan parked along the shoulder of State Route 97 was in distress or needed

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside Suite 100
Spokane, WA 99201-1106
(509) 456-3123

assistance. Defendants further admit that the driver of the silver sedan exited the vehicle, appeared agitated, and approached Trooper Schoenborn while making unintelligible speech. Finally, Defendants admit that Trooper Schoenborn arrested the person after they refused to identify themselves. Defendants deny all allegations in this paragraph that are not expressly admitted.

2. Defendants deny.

## II.  JURISDICTION AND VENUE

3. Defendants admit 28 U.S.C. § 1331 and 28 U.S.C. § 1343 provide federal district courts original jurisdiction over the actions described therein. Defendants further admit 28 U.S.C. § 1983 affords a person the ability to seek redress from the Court for deprivations of Constitutional rights. Defendants deny all allegations in this paragraph that are not expressly admitted.

4. Defendants admit that the events giving rise to Plaintiff's claims are alleged to occur within the Eastern District of Washington. Defendants deny all allegations in this paragraph that are not expressly admitted.

## III.  PARTIES

5. Defendants lack knowledge and information sufficient to form a belief about the truth of where Plaintiff resides or his status and therefore deny the allegations in this paragraph.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

6. Defendants admit Trooper Schoenborn is a Washington State Patrol (WSP) employee. Defendants lack knowledge and information sufficient to form a belief about the truth of what Plaintiff considers the "times relevant to this action" and therefor deny the allegations in this paragraph.

7. Defendants admit Sergeant Hovinghoff is a WSP employee. Defendants lack knowledge and information sufficient to form a belief about the truth of what Plaintiff considers the "times relevant to this action" and therefor deny the allegations in this paragraph.

## IV.  STATEMENT OF FACTS

8. Defendants lack knowledge and information sufficient to form a belief about the truth of the averments in this paragraph and therefore deny the same.

9. Defendants admit that on March 5, 2025, Trooper Schoenborn stopped to check whether the driver, believed to be the Plaintiff in this matter, of a silver sedan parked along the shoulder of State Route 97 was in distress or needed assistance. Trooper Schoenborn asked if Plaintiff was "Okay." Defendants deny all allegations in this paragraph that are not expressly admitted.

10. Defendants admit that Trooper Schoenborn heard the person state that they were "okay" that "you are not going to violate my rights today" and that they "did not need your services." Defendants deny all allegations in this paragraph that are not expressly admitted.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

11. Defendants admit Trooper Schoenborn directed the person to step back to their car and the person refused. Defendants deny all allegations in this paragraph that are not expressly admitted.

12. Defendants deny.

13. Defendants admit Trooper Schoenborn informed the person that license plate covers are illegal in Washington State and that Oregon plates were on the silver sedan. Defendants deny all allegations in this paragraph that are not expressly admitted.

14. Defendants admit that the person informed Trooper Schoenborn that they had one leg and that they were an amputee after stating "de-escalate" and "let's de-escalate." Defendants deny all allegations in this paragraph that are not expressly admitted.

15. Defendants admit that Trooper Schoenborn stated that he was trying to de-escalate the situation, and that Trooper Schoenborn requested the person's license, registration, and proof of insurance. Defendants deny all allegations in this paragraph that are not expressly admitted.

16. Defendants lack knowledge and information sufficient to form a belief about the truth of whether Plaintiff was recording and therefore deny the allegation. Defendants admit that the First Amendment provides a limited right to record law enforcement personnel that are performing their duties in public.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

        Defendants deny all allegations in this paragraph that are not expressly admitted.

17. Defendants deny.

18. Defendants admit Trooper Schoenborn heard the person shout "stop touching me." Defendants deny all allegations in this paragraph that are not expressly admitted.

19. Defendants admit Trooper Schoenborn stated "I haven't touched you once yet" prior to placing the person under arrest. Defendants deny all allegations in this paragraph that are not expressly admitted.

20. Defendants admit that Trooper Schoenborn arrested the person after they refused to identify themselves. Defendants deny all allegations in this paragraph that are not expressly admitted.

21. Defendants admit the person stated: "you're going to lose all qualified immunity, bro," "don't shove me dude—I've got one leg bro—be nice." Defendants deny all allegations in this paragraph that are not expressly admitted.

22. Defendants deny.

23. Defendants admit Trooper Schoenborn stated that he used no force during the arrest. Defendants deny all allegations in this paragraph that are not expressly admitted.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

24. Defendants admit that on March 5, 2025, the person was seated in the rear of Trooper Schoenborn's patrol vehicle at approximately 16:33, Mirandized, and remained there until approximately 17:26 (with the exception of a two-minute period during which a search occurred) whereupon the person was repositioned. Defendants deny all allegations in this paragraph that are not expressly admitted.

25. Defendants lack knowledge and information sufficient to form a belief about the truth of the averments in this paragraph and therefore deny the same.

26. Defendants admit that the person placed in the back of Trouper Schoenborn's patrol vehicle was removed, allowed to stretch, and repositioned in the back of the patrol vehicle. Defendants deny all allegations in this paragraph that are not expressly admitted.

27. Defendants admit the person requested to speak to a sergeant and further admit that Sergeant Hovinghoff spoke to the person. Defendants deny all allegations in this paragraph that are not expressly admitted.

28. Defendants deny.

29. Defendants admit Sergeant Hovinghoff requested that the person sign a waiver releasing WSP from liability that may result from leaving the silver sedan on the shoulder so that it may remain there until it was retrieved by a third party. Defendants deny all allegations in this paragraph that are not expressly admitted.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

6

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

30. Defendants admit Trooper Schoenborn completed a Jail Intake Authorization Form that authorized the Klickitat County Jail to book and hold a person listed as Cameron J Wilson. Defendants further admit that the criminal charge upon which the arrest was made is listed on the intake form as RCW 46.61.021(3), fail to identify. Defendants deny all allegations in this paragraph that are not expressly admitted.

31. Defendants deny.

32. Defendants admit that the person identified themselves as Cameron J Wilson at some time after their arrest and provided a date of birth. Defendants deny all allegations in this paragraph that are not expressly admitted.

33. Defendants admit the person was asked questions during the booking process. Defendants deny all allegations in this paragraph that are not expressly admitted.

34. Defendants lack knowledge and information sufficient to form a belief about the truth of the averments in this paragraph and therefore deny the same.

35. Defendants deny.

36. Defendants deny.

37. Defendants deny.

38. Defendants deny.

39. Defendants deny.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

7

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

## V. LEGAL CLAIMS FOR RELIEF

**Count I: Violation of the Fourth and Fourteenth Amendments (42 U.S.C. § 1983) – Unlawful Seizure, Arrest, and False Imprisonment**

40. Defendants incorporate their responses to the preceding paragraphs incorporated by Plaintiff as if fully set forth herein.

41. Defendants admit.

42. Defendants deny.

43. Defendants admit Trooper Schoenborn informed the person that license plate covers are illegal in Washington State and that Oregon plates were on the silver sedan. Defendants deny all allegations in this paragraph that are not expressly admitted.

44. Defendants admit that Trooper Schoenborn arrested the person after they refused to identify themselves. Defendants deny all allegations in this paragraph that are not expressly admitted.

45. Defendants deny.

46. Defendants deny.

47. Defendants deny.

48. Defendants deny.

**Count II: Violation of the First Amendment (42 U.S.C. § 1983) – Retaliation for Exercise of Right to Record**

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

8

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

49. Defendants incorporate their responses to the preceding paragraphs incorporated by Plaintiff as if fully set forth herein.

50. Defendants admit that the First Amendment provides a limited right to record law enforcement personnel that are performing their duties in public. Defendants deny all allegations in this paragraph that are not expressly admitted.

51. Defendants lack knowledge and information sufficient to form a belief about the truth of the averments in this paragraph and therefore deny the same.

52. Defendants deny.

53. Defendants deny.

54. Defendants deny.

55. Defendants deny.

**Count III: Violation of the Fourteenth Amendment (42 U.S.C. § 1983) – Substantive Due Process**

56. Defendants incorporate their responses to the preceding paragraphs incorporated by Plaintiff as if fully set forth herein.

57. Defendants deny.

58. Defendants deny.

59. Defendants deny.

60. Defendants deny.

61. Defendants deny.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

9

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

62. Defendants deny.

**Count IV: Violation of the Fourteenth Amendment (42 U.S.C. § 1983) – EQUAL PROTECTION AND DISABILITY DISCRIMINATION (Against Defendants Schoenborn and Hovinghoff)**

63. Defendants incorporate their responses to the preceding paragraphs incorporated by Plaintiff as if fully set forth herein.

64. Defendants deny.

65. Defendants deny.

66. Defendants deny.

67. Defendants deny.

68. Defendants deny.

69. Defendants deny.

**Count V: Violation of the Americans with Disabilities Act Title II (42 U.S.C. § 12132) – Discrimination in Public Services**

70. Defendants incorporate their responses to the preceding paragraphs incorporated by Plaintiff as if fully set forth herein.

71. Defendants admit 42 U.S.C. § 12132 is accurately quoted.

72. Defendants lack knowledge and information sufficient to form a belief about the truth of the averments in this paragraph and therefore deny the same.

73. Defendants admit that Title II of the Americans with Disabilities Act applies broadly to police services, programs, or activities. Defendants further admit that they are employed by Washington State Patrol and were acting within

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

10

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

the scope of that employment during their interaction with the driver of the silver sedan exited that the vehicle on March 5, 2025, and approached Trooper Schoenborn. Defendants deny all allegations in this paragraph that are not expressly admitted.

74. Defendants deny.

75. Defendants deny.

76. Defendants deny.

77. Defendants deny.

78. Defendants deny.

## PRAYER FOR RELIEF

Defendants deny Plaintiff is entitled to the relief requested in paragraphs 79-84 or to any relief whatsoever from the Defendants. To the extent Plaintiff's Prayer for Relief sets forth any averments of fact, Defendants deny.

## DEMAND FOR JURY TRIAL

Defendants acknowledge Plaintiff's demand to try this matter before a jury in paragraph 85 and request the same. To the extent Plaintiff's jury demand sets forth any averments of fact, Defendants deny.

## EXPRESS DENIAL AND RESERVATION OF RIGHTS

Defendants deny each and every allegation in the Complaint that is not expressly admitted herein. Defendants reserve the right to amend this answer by adding affirmative defenses warranted by investigation and discovery and to make

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

11

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

## VI. AFFIRMATIVE DEFENSES

By Way of FURTHER ANSWER and FIRST AFFIRMATIVE DEFENSE, Defendants allege:

1. **JURISDICTION**

The court lacks jurisdiction over the subject matter of this action.

2. **CLAIM FILING**

Plaintiff failed to file a claim against the State of Washington as required by RCW 4.92.100 and .110 or that the claim filed is insufficient.

3. **COMPARATIVE FAULT**

The injuries and damages, if any, claimed by the plaintiff were proximately caused or contributed to by the fault of Plaintiff as defined by RCW 4.22.015.

4. **NONPARTY AT FAULT**

The damages and/or injuries, if any, were caused by the fault of a nonparty for purposes of RCW 4.22.070(1). The identity of this nonparty who conducted Plaintiff's booking and detention is currently unknown to the defendants.

5. **FAILURE TO STATE A CLAIM**

Plaintiff failed to state a claim upon which relief may be granted.

6. **GOOD FAITH**

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

12

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Defendants at all times acted in good faith in the performance of their duties and are therefore immune from suit for the matters charged in Plaintiff's complaint.

7. MITIGATION OF DAMAGES

Plaintiff's damages, if any, are barred by the plaintiff's failure to mitigate said damages.

8. ELEVENTH AMENDMENT IMMUNITY

The defendant, State of Washington, its agencies and agents, are not subject to civil suit for damages under the Eleventh Amendment of the Constitution of the United States.

9. QUALIFIED IMMUNITY

The claims alleged under 42 U.S.C. § 1983 against the state employees are barred by the doctrine of qualified immunity.

## VII. CONCLUSION

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with prejudice as to the State of Washington and that Plaintiff takes nothing by his Complaint and that Defendants be allowed their costs and reasonable attorney fees herein.

In the event this case proceeds to trial, Defendants David Schoenborn and Nathan Hovinghoff demand that this case be tried to a jury.

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

13

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

DATED this _17_th day of October, 2025.

NICHOLAS W. BROWN
Attorney General

_s/*Brandon Slaven*_
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Brandon.Slaven@atg.wa.gov

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

14

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# PROOF OF SERVICE

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    CAMERON JAMES WILSON
    1312 SOUTH 44TH
    YAKIMA, WA 98908
    cam@piitp.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 17th day of October, 2025, at Spokane, Washington.

NICHOLAS W. BROWN
Attorney General

*s/Brandon Slaven*
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Brandon.Slaven@atg.wa.gov

DEFENDANTS DAVID SCHOENBORN AND SERGEANT HOVINGHOFF'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND

15

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123