Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

HONORABLE MARY K. DIMKE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON JAMES WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHOENBORN AND SERGEANT HOVINGHOFF,<br><br>Defendants. | NO. 1:25-cv-03038-MKD<br><br>NOTICE OF NON-SCANNABLE EXHIBIT FOR DECLARATION OF SERGEANT HOVINGHOFF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

Defendants hereby notify the Court that Exhibit A to the Declaration of Sergeant Hovinghoff is a non-scannable body worn camera video file. These exhibits have been provided to the Court and Plaintiff on a flash drive.

NOTICE OF NON-SCANNABLE EXHIBIT FOR DECLARATION OF SERGEANT HOVINGHOFF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1

DATED this ___15___ day of April, 2026.

NICHOLAS W. BROWN
Attorney General


s/*Brandon Slaven*
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
509-456-3123
Brandon.Slaven@atg.wa.gov

NOTICE OF NON-
SCANNABLE EXHIBIT FOR
DECLARATION OF
SERGEANT HOVINGHOFF IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

**PROOF OF SERVICE**

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> CAMERON JAMES WILSON
> 1312 SOUTH 44TH
> YAKIMA, WA 98908

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _____ day of April, 2026, at Spokane, Washington.

NICHOLAS W. BROWN
Attorney General

_____
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
509-456-3123
Brandon.Slaven@atg.wa.gov

NOTICE OF NON-SCANNABLE EXHIBIT FOR DECLARATION OF SERGEANT HOVINGHOFF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

3