**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

CAMERON JAMES WILSON,

    Plaintiff,

v.

DAVID SCHOENBORN, et al.,

    Defendants.

**Case No. 1:25-cv-03038-MKD**

**NOTICE OF DEPOSITION OF DEFENDANT SERGEANT HOVINGHOFF PURSUANT TO FED. R. CIV. P. 30(b)(3)(A)**

**TO:** Defendants David Schoenborn and Sergeant Hovinghoff;
**AND TO:** Brandon Slaven, Assistant Attorney General, Counsel for Defendants.

    **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Cameron James Wilson, proceeding *in propria persona*, will take the deposition upon oral examination of Defendant **SERGEANT HOVINGHOFF**.

    The deposition will commence on **June 16th, 2026**, at **10:00 AM/PM Pacific Time**, and will continue from day to day until completed.

    **METHOD OF RECORDING:** Pursuant to Fed. R. Civ. P. 30(b)(3)(A), the deposition will be recorded by **audiovisual means** via the Zoom videoconferencing platform. The Zoom meeting link, meeting ID, and passcode will be provided to all parties and the deponent no later than 48 hours prior to the scheduled commencement of the deposition. The Zoom platform will simultaneously generate an audiovisual recording and an automated written transcript of the proceedings.

    **ADMINISTRATION OF OATH:** The oath will be administered to the deponent by a duly commissioned Notary Public authorized to administer oaths under the laws of the State of Washington, who will appear remotely via the Zoom videoconferencing platform pursuant to RCW 42.45.250 (Remote Online Notarization).

    You are invited to attend and cross-examine the deponent.

    DATED this **27th** day of **May**, 2026.

*/s/ Cameron James Wilson*
Cameron James Wilson

1

Plaintiff, *in propria persona*
1312 South 44th
Yakima, WA 98908
cam@piitp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **27th** day of **May**, 2026, I electronically filed the foregoing **NO-TICE OF DEPOSITION OF DEFENDANT SERGEANT HOVINGHOFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered participants:

Brandon Slaven
Assistant Attorney General
Office of the Washington State Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201
Counsel for Defendants
*Via CM/ECF Electronic Service*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Cameron James Wilson*
Cameron James Wilson
Plaintiff, *in propria persona*

2