Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

HONORABLE MARY K. DIMKE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON JAMES WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHOENBORN AND SERGEANT HOVINGHOFF,<br><br>Defendants. | NO. 1:25-cv-03038-MKD<br><br>STIPULATED MOTION TO EXPEDITE STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>June 8, 2026<br>WITHOUT ORAL ARGUMENT |

## I.    MOTION

Pursuant to LCivR 7(i)(2)(C), the parties move the Court for an order setting an expedited hearing on the Stipulated Motion for Entry of Protective Order. The parties request that the Stipulated Motion for Protective Order be expedited, as deadlines to complete discovery are approaching and there is insufficient time between the filing of this motion and the discovery deadline. Further, Plaintiff intends to conduct Defendants' depositions on June 15 and 16, 2026, and there is insufficient time between the filing of this motion and the depositions. Therefore, good cause exists to consider the motion on an expedited basis.

MOTION TO EXPEDITE
DEFENDANTS' MOTION FOR
PROTECTIVE ORDER

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509 456-3123

The Court should agree to expedite the hearing on the Stipulated Motion for Entry of Protective Order.

DATED this ___1___ day of June, 2026.

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General | CAMERON J. WILSON<br>Pro Se Plaintiff |
| *s/Brandon Slaven*<br>BRANDON SLAVEN, WSBA #57123<br>Assistant Attorney General<br>1116 W. Riverside, Suite 100<br>Spokane WA  99201<br>509-456-3123 – Telephone<br>Brandon.Slaven@atg.wa.gov | *Cameron James Wilson*<br>Cameron J. Wilson<br>cam@piitp.com |

MOTION TO EXPEDITE
DEFENDANTS' MOTION FOR
PROTECTIVE ORDER

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509 456-3123

**PROOF OF SERVICE**

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and via Electronic Service per Agreement:

> CAMERON JAMES WILSON
> 1312 SOUTH 44TH
> YAKIMA, WA 98908
> cam@piitp.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __1__ day of June, 2026, at Spokane, Washington.

NICHOLAS W. BROWN
Attorney General

 s/*Brandon Slaven*
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Brandon.Slaven@atg.wa.gov

MOTION TO EXPEDITE
DEFENDANTS' MOTION FOR
PROTECTIVE ORDER

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509 456-3123