Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

HONORABLE MARY K. DIMKE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON JAMES WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHOENBORN AND SERGEANT HOVINGHOFF,<br><br>Defendants. | NO. 1:25-cv-03038-MKD<br><br>SUPPLEMENTAL DECLARATION OF SERGEANT HOVINGHOFF IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT |

SERGEANT HOVINGHOFF declares as follows:

1.      I am over the age of 18, and I am competent to make this declaration. I have personal knowledge of the facts stated below.

2.      I began my employment with the Washington State Patrol in 2005. Since 2013 I have served as a Sergeant.

3.      I asked Wilson whether there was someone I could call to retrieve his car. Wilson informed that there was no one that could retrieve the vehicle

SUPP. DECL. OF
SERGEANT HOVINGHOFF
IN SUPPORT OF
DEFENDANTS'
RENEWED MOTION FOR
SUMMARY JUDGMENT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

because the only set of keys was in his possession. He further informed that when he exited the vehicle he closed the door and locked the vehicle. He proceeded to hand me the keys to the vehicle and revoked consent to search his vehicle. Attached as Exhibit A is a true and correct copy of a recording captured by my body worn camera of the above described incident.

4.    Wilson then provided consent to retrieve his wallet and cash from the vehicle. Exhibit B is a true and correct copy of a recording captured by my body worn camera of this interaction.

5.    The recordings provided herein are kept in the ordinary course of business by the Washington State Patrol.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing statement is true and correct.

DATED this _24_ day of June, 2026 at Spokane, Washington.

_____
SERGEANT HOVINGHOFF

SUPP. DECL. OF
SERGEANT HOVINGHOFF
IN SUPPORT OF
DEFENDANTS'
RENEWED MOTION FOR
SUMMARY JUDGMENT

2

**PROOF OF SERVICE**

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and via Electronic Service per agreement:

CAMERON JAMES WILSON
1312 SOUTH 44TH
YAKIMA, WA 98908

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __29__ day of June, 2026, at Spokane, Washington.

NICHOLAS W. BROWN
Attorney General


_s/Brandon Slaven_
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Brandon.Slaven@atg.wa.gov

SUPP. DECL. OF
SERGEANT HOVINGHOFF
IN SUPPORT OF
DEFENDANTS'
RENEWED MOTION FOR
SUMMARY JUDGMENT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
509-456-3123