RE:    ***Wilson v. David Schoenborn, et al***
       **Cause No. 1:25-cv-03038-MKD**

*Supplemental Declaration of Sergeant Hovinghoff*

# EXHIBIT A
# RESERVED
# FLASH DRIVE
# HOVINGHOFF BODY WORN CAMERA