*Wilson v. Schoenborn et al., No. 1:25-cv-03038-MKD — Notice of Lodging*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

CAMERON JAMES WILSON,
      Plaintiff,

      v.

DAVID SCHOENBORN and
SERGEANT NATE HOVINGHOFF,
      Defendants.

Case No. 1:25-cv-03038-MKD

**NOTICE OF LODGING**
**OF VIDEO DEPOSITIONS**

# PLAINTIFF'S NOTICE OF LODGING OF VIDEO DEPOSITION RECORDINGS

## I.   NOTICE

Plaintiff Cameron James Wilson, proceeding *pro se* and *in propria persona*, hereby provides notice to the Court and to all parties that Plaintiff has lodged with the Clerk of Court one (1) USB flash drive containing the complete video recordings of the depositions of both Defendants in this action, as more particularly described below.

## II.   CONTENTS OF USB FLASH DRIVE

The USB flash drive lodged herewith contains the following audiovisual recordings:

| No. | Description | Date | Format |
|---|---|---|---|
| 1 | Video Deposition of Defendant Sergeant Nate Hovinghoff | June 15, 2026 | MP4 (Zoom) |
| 2 | Video Deposition of Defendant Trooper David Schoenborn | June 16, 2026 | MP4 (Zoom) |

Both depositions were conducted via Zoom videoconference and recorded with the knowledge and consent of all parties present. The recordings constitute the complete, unedited audiovisual record of each deposition from commencement to adjournment.

## III.  PURPOSE OF LODGING

The video deposition recordings are lodged with the Court in support of Plaintiff's Opposition to Defendants' Renewed Motion for Summary Judgment (ECF No. 46) and Plaintiff's Cross-Motion for Partial Summary Judgment on Liability, filed concurrently herewith.

The video recordings supplement and corroborate the certified verbatim transcripts (Exhibits A and B) filed electronically via CM/ECF. The audiovisual recordings preserve the demeanor, tone, hesitation, and non-verbal conduct of both Defendants during their sworn testimony — evidence that is not fully captured in the written transcript and that is relevant to the Court's assessment of credibility and the existence (or absence) of genuine disputes of material fact.

*See* Fed. R. Civ. P. 30(b)(3)(A) (authorizing deposition recording by audiovisual means); Fed. R. Civ. P. 56(c)(1)(A) (permitting citation to "depositions" in support of summary judgment motions); *Scott v. Harris*, 550 U.S. 372, 378–81 (2007) (Supreme Court reviewed video evidence at the summary judgment stage to determine whether genuine dispute of material fact existed).

*Wilson v. Schoenborn et al., No. 1:25-cv-03038-MKD — Notice of Lodging*

## IV.    MANNER OF LODGING

Pursuant to E.D. Wash. LCivR 10.3 and the Court's general authority to receive conventionally filed materials, the USB flash drive has been delivered to:

> Office of the Clerk of Court
>
> United States District Court
>
> Eastern District of Washington
>
> 920 West Riverside Avenue, Suite 840
>
> Spokane, Washington 99201

The USB flash drive is labeled:

---

**Wilson v. Schoenborn et al.**

Case No. 1:25-cv-03038-MKD

Video Depositions of Defendants

(June 15–16, 2026)

*Lodged by Plaintiff*

---

## V.    ALTERNATIVE DIGITAL ACCESS

In addition to the physical USB flash drive lodged with the Clerk, the video deposition recordings are also available for the Court's convenience via the following secure Google Drive link:

`https://drive.google.com/drive/folders/1OW6iXZFLEugR9WHKOSHPUk3pMLK1kzI6`

Access is unrestricted. The Court and all parties may view, download, and review the recordings at any time.

*Wilson v. Schoenborn et al., No. 1:25-cv-03038-MKD — Notice of Lodging*

# VI.   SERVICE

A copy of this Notice of Lodging has been served upon counsel for Defendants via the Court's CM/ECF electronic filing system.  A copy of the video recordings has been made available to Defendants' counsel via the Google Drive link referenced above.

# VII.   REQUEST

Plaintiff respectfully requests that the Clerk of Court accept and retain the lodged USB flash drive as part of the record in this action, subject to the Court's further order regarding disposition.

Respectfully submitted,

Dated: June 29, 2026                    /s/ Cameron James Wilson

*Plaintiff, Pro Se — In Propria Persona*

1312 South 44th Street

Yakima, Washington 98908

(503) 496-9239 — cam@piitp.com

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on this date, a true and correct copy of the foregoing **Notice of Lodging of**

*Wilson v. Schoenborn et al., No. 1:25-cv-03038-MKD — Notice of Lodging*

**Video Deposition Recordings** was served upon all counsel of record via the Court's CM/ECF electronic filing system, which will send notification of such filing to:

>Brandon E. Slaven
>
>Assistant Attorney General
>
>Torts Division
>
>Office of the Attorney General
>
>State of Washington
>
>Brandon.Slaven@atg.wa.gov

Additionally, the video deposition recordings have been made available to Defendants' counsel via the Google Drive link contained herein.

Dated: June 29, 2026                    /s/ Cameron James Wilson

                                        *Plaintiff, Pro Se*