CAMERON JAMES WILSON

1312 South 44th Street

Yakima, Washington 98908

(503) 496-9239

cam@piitp.com

*Plaintiff, Pro Se – In Propria Persona*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

**AT YAKIMA**

| | |
|---|---|
| CAMERON JAMES WILSON, | Case No. 1:25-cv-03038-MKD |
| *Plaintiff,* | **PLAINTIFF'S NOTICE OF ERRATA AND CORRECTION TO ECF NO. 49** |
| v. | |
| DAVID SCHOENBORN and SERGEANT NATE HOVINGHOFF, | |
| *Defendants.* | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Cameron James Wilson, appearing *pro se* and *in propria persona*, hereby files this Notice of Errata and Correction to Plaintiff's Opposition to Defendants' Renewed Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment on Liability (ECF No. 49), filed on June 29, 2026.

1

Plaintiff submits these corrections to ensure the absolute accuracy of the factual record before this Honorable Court and to cure two inadvertent drafting errors prior to the Court's consideration of the cross-motions.

# I. CORRECTIONS TO THE RECORD

**1. Correction Regarding Sergeant Hovinghoff's Presence (Page 15, Line 333)**

*Original Text (ECF No. 49, Page 15, Line 333):* "Hovinghoff was present throughout the encounter."

*Corrected Text:* This sentence is hereby **STRICKEN** in its entirety. The correct factual timeline, as accurately stated six lines later in the original document (Lines 339–343), is that Defendant Hovinghoff arrived on scene *after* Plaintiff had already been arrested and placed in the patrol vehicle. Plaintiff corrects this internal contradiction to conform precisely to the undisputed deposition record and body camera footage.

**2. Correction Regarding Criminal Charges (Page 12, Line 276)**

*Original Text (ECF No. 49, Page 12, Line 276):* "**Second**, seizing a citizen's phone and arresting him—with the additional charge of 'intimidating a public servant'—would chill a person of ordinary firmness from recording police in the future."

*Corrected Text:* The phrase "—with the additional charge of 'intimidating a public servant'—" is hereby **STRICKEN**. Plaintiff was not charged with intimidating a public servant. The sentence is corrected to read:

"**Second**, seizing a citizen's phone and arresting him would chill a person of ordinary firmness from recording police in the future."

## II. CONCLUSION

Plaintiff respectfully requests that the Court accept these corrections to ECF No. 49. These corrections do not alter the substantive legal arguments or the dispositive nature of the Defendants' sworn deposition admissions, which compel summary judgment in Plaintiff's favor.

DATED this 29 day of July, 2026.

/s/ CAMERON JAMES WILSON

*Plaintiff, Pro Se – In Propria Persona*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF ERRATA AND CORRECTION TO ECF NO. 49** to be served upon all counsel of record via the Court's CM/ECF electronic filing system, which will send notification of such filing to:

Brandon E. Slaven

Assistant Attorney General

Torts Division

Office of the Attorney General

P.O. Box 40126

Olympia, WA 98504-0126

Brandon.Slaven@atg.wa.gov

DATED this 29 day of July, 2026.

/s/CAMERON JAMES WILSON

*Plaintiff, Pro Se*

4