Cameron James Wilson

1312 South 44th Street

Yakima, Washington 98908

Telephone: (503) 496-9239

Email: cam@piitp.com

Plaintiff, *Pro Se*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

CAMERON JAMES WILSON,

    Plaintiff,

    v.

DAVID SCHOENBORN, et al.,

    Defendants.

**Case No. 1:25-cv-03038-MKD**

**PLAINTIFF's SUPPLEMENTAL NOTICE OF CORRECTION REGARDING DEPOSITION EXHIBITS (ECF NOS. 61-3 AND 61-4)**

Plaintiff Cameron James Wilson, *In Propria Persona Sui Juris*, hereby files this Supplemental Notice of Correction pursuant to the Court's inherent authority to correct the record and Fed. R. Civ. P. 60(a). This filing corrects a ministerial certification defect in Plaintiff's previously filed deposition excerpts (ECF Nos. 61-3 and 61-4) submitted in support of Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 49).

This Notice of Correction does not constitute further briefing or substantive argument, and is therefore not subject to the Court's July 20, 2026 Order (ECF No. 58) restricting further briefing absent leave of Court.

1

# I. NATURE OF THE CORRECTION

On August 4, 2026, Plaintiff filed an Errata and Notice of Correction (ECF No. 61) to correct typographical and citation errors in the original summary judgment exhibits. In doing so, Plaintiff inadvertently filed the corrected deposition excerpts (Exhibit A at ECF No. 61-3, and Exhibit B at ECF No. 61-4) bearing Plaintiff's own Certificate of Authenticity on the final page of each exhibit, rather than the certification of the deposition officer.

Under Fed. R. Civ. P. 30(f)(1), the deposition officer before whom the deposition was taken must certify that the record accurately reflects the witness's testimony.

To cure this ministerial defect and ensure the evidentiary record is properly authenticated before the Court, Plaintiff hereby submits the attached, fully corrected Exhibits A and B, which now bear the proper Certificate of Authenticity signed by the commissioned deposition officer, Notary Public Stefano Uriah Petruzziello.

# II. SUPPLEMENTAL CERTIFICATE OF DEPOSITION OFFICER

In addition to the corrected exhibits, Plaintiff attaches hereto the **Supplemental Certificate of Deposition Officer Regarding Remote Administration of Oaths, Audiovisual Recording, Retention, and Transcript Certification**.

This Supplemental Certificate, executed by Mr. Petruzziello, definitively resolves any ambiguity regarding the method of recording and the officer's qualifications. It formally certifies under Fed. R. Civ. P. 30(f)(1) that:

(1) The audiovisual recordings were created by Plaintiff through the Zoom platform in the deposition officer's presence and under his direction, pursuant to Fed. R. Civ. P. 30(c)(1);

(2) The deposition officer retained a copy of the nonstenographic recordings pursuant to Fed. R. Civ. P. 30(f)(3);

2

(3) The deposition officer has no financial interest in the outcome of the action and is not disqualified under Fed. R. Civ. P. 28(c); and

(4) The deposition excerpts filed herein as Exhibits A and B are true, accurate, and verbatim reproductions of the corresponding pages and lines of the full certified deposition transcripts.

With the filing of this Supplemental Notice and the attached officer-certified exhibits, the deposition record is fully authenticated and in strict compliance with the Federal Rules of Civil Procedure.

Respectfully submitted this 10th day of August, 2026.

**/s/Cameron James Wilson**

Plaintiff, *In Propria Persona Sui Juris*

1312 South 44th Street

Yakima, Washington 98908

cam@piitp.com

(503) 496-9239

3

**CERTIFICATE OF SERVICE**

I, Cameron James Wilson, hereby certify under penalty of perjury under the laws of the United States of America that on the 10th day of August, 2026, I caused to be served a true and correct copy of the foregoing **Plaintiff's Supplemental Notice of Correction Regarding Deposition Exhibits** upon the following counsel of record by the method indicated below:

| | |
|---|---|
| **Brandon E. Slaven** | *Via CM/ECF Electronic Service* |
| Assistant Attorney General | |
| Office of the Washington State Attorney General | |
| Torts Division | |
| 1116 West Riverside Avenue, Suite 100 | |
| Spokane, Washington 99201 | |
| brandon.slaven@atg.wa.gov | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**/s/Cameron James Wilson**

Plaintiff, *In Propria Persona Sui Juris*

1312 South 44th Street

Yakima, Washington 98908

cam@piitp.com

(503) 496-9239

4