Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON JAMES WILSON, | NO. 1:25-cv-03038-MKD |
| Plaintiff, | JOINT STATEMENT OF UNCONTROVERTED FACTS |
| v. | |
| DAVID SCHOENBORN AND SERGEANT HOVINGHOFF, | |
| Defendants. | |

Pursuant to ECF No. 63 and the Scheduling Order (ECF No. 19) governing this matter, the parties provide the following statement of uncontroverted facts:

1. On March 5, 2025, Plaintiff's vehicle was parked on the shoulder of State Route 97 in Klickitat County, Washington, near a chain-up parking sign, with turn-signal or hazard lights activated and south of a parked 18-wheeler semi-truck.

2. The vehicle was stationary on the shoulder of the roadway with its engine off.

3. Plaintiff's vehicle bore Oregon license plates.

JOINT STATEMENT OF
UNCONTROVERTED FACTS

1

4. As Trooper Schoenborn arrived, Plaintiff stepped outside his vehicle.

5. Trooper Schoenborn activated red and blue emergency lights.

6. After exiting the patrol vehicle, Trooper Schoenborn asked Plaintiff, "What is going on" and Plaintiff responded, "You are not going to violate my rights today."

7. Trooper Schoenborn then stated, "I'm seeing if you're okay." Plaintiff responded, "I'm okay."

8. Plaintiff stated, "I don't need your service."

9. Trooper Schoenborn stated, "Can you step back to your car please."

10. Plaintiff asked, "What crime have you suspected me of committing?" Trooper Schoenborn responded "Nothing." Trooper Schoenborn then stated "You have license plate covers. That's illegal in Washington. Get back in your car."

11. Trooper Schoenborn's first reference to license plate covers occurred after Plaintiff stated he did not need assistance.

12. Plaintiff stated that he would not obey an unlawful command and requested to speak to a sergeant.

13. Trooper Schoenborn broadcast over the radio that Plaintiff was "combative" and requested additional units.

JOINT STATEMENT OF
UNCONTROVERTED FACTS

2

14. Trooper Schoenborn demanded Plaintiff's license, registration, and insurance. Plaintiff responded that he was "Not giving anything," that "He reserved all rights," and that "He was done talking."

15. Trooper Schoenborn stated, "the reason for the stop is your license plate covers." Plaintiff responded, "You didn't stop me. I was already parked on the side of the road." Trooper Schoenborn responded, "This is still a contact."

16. Plaintiff stated, "I got one leg. I'm an amputee. If you violate me in any way, that's an ADA violation." Trooper Schoenborn responded, "K, Cool."

17. Trooper Schoenborn then stated, "You're under arrest. Turn around." Plaintiff asked, "For what? What crime?" Trooper Schoenborn responded, "You're not providing the information I requested."

18. During handcuffing, Plaintiff stated, "Don't hurt me, bro. I got one leg. Be nice bro."

19. Plaintiff was placed in the rear of Trooper Schoenborn's patrol vehicle.

20. While Plaintiff was in the rear of Trooper Schoenborn's patrol vehicle, Trooper Schoenborn stated, "I first came to check on you to see if you were okay, and I see that you have license plate covers." Plaintiff responded, "That is for Washington only."

JOINT STATEMENT OF
UNCONTROVERTED FACTS

3

21. While on the phone and describing the interaction with Plaintiff, Trooper Schoenborn stated on the phone call to a supervisor "He's having a mental crisis right now. It might be good if you came and talked to him and see what is going on. He did request a sergeant."

22. Trooper Schoenborn stated to the supervisor, "No, no use of force was done."

23. Trooper Schoenborn stated to a responding Klickitat County deputy "No use of force was done. I was able to talk him out of it."

24. Trooper Schoenborn stated to the deputy "It was a community caretaking stop at first. And I saw he had, well the license plate covers."

25. Trooper Schoenborn stated to the deputy "It didn't get to fighting. He was just about there though."

26. The responding deputy asked, "Are you gonna tow it [Plaintiff's vehicle]?" Trooper Schoenborn responded "No, it's on the side of the road."

27. The responding deputy stated to Trooper Schoenborn that "You give up certain rights when you agree to get your license and you drive on taxpayer highways."

28. Trooper Schoenborn stated to Sergeant Hovinghoff "I think he's a sovereign citizen as well."

JOINT STATEMENT OF
UNCONTROVERTED FACTS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
509-456-3123

29.     Sergeant Hovinghoff asked, "Use of Force?" Trooper Schoenborn responded "No use of Force. No, I just quickly cuffed him and threw him in my car."

30.     Sergeant Hovinghoff stated to Plaintiff "There's no crime. But it sounds like you have covers on your license plates, which Washington State made illegal." Plaintiff responded, "For Washington residents." Sergeant Hovinghoff responded, "Nope. For anybody traveling in Washington."

31.     Plaintiff was in the rear of Trooper Schoenborn's patrol vehicle talking to Sergeant Hovinghoff about the arrest and Sergeant Hovinghoff stated, "I haven't watched the video yet."

32.     Trooper Schoenborn stated to Sergeant Hovinghoff "If you do review the camera, I was on edge for a bit there."

33.     Sergeant Hovinghoff asked, "Just to be clear, we didn't see him drive?" and Trooper Schoenborn responded "No."

34.     Sergeant Hovinghoff stated, "Ideally you didn't see him drive it. So ideally there's no citing him for any traffic infractions. You can't cite him for any traffic infractions at this point."

35.     While Trooper Schoenborn and Sergeant Hovinghoff were discussing what section of the Revised Code of Washington to cite, Trooper Schoenborn stated "I looked at the RCW and then I Googled it as well, and the Google AI gave me that one as well."

JOINT STATEMENT OF
UNCONTROVERTED FACTS

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

36. Plaintiff asked and was permitted to stand up after stating his leg "hurts very badly 'cause I can't bend it like this 24/7."

37. Plaintiff was repositioned back in the rear of the patrol vehicle to sit across the back seat. He then asked if he could lay back without the seatbelt, and Trooper Schoenborn stated, "You can lay back, that is fine." Plaintiff then stated, "There's just so many medical needs I need here, bro. This is kind of awkward."

38. Sergeant Hovinghoff stated to a superior that Trooper Schoenborn was "Gonna do a community caretaking 'cause the hazards are on."

39. Sergeant Hovinghoff further stated, "I don't think there's a probability he'll come back for court. So that's why we'll book it."

40. Sergeant Hovinghoff stated to Plaintiff that "You have two warrants in two different counties. The chances are if we just write you a citation, you're probably not gonna show up for court. That's why we're gonna book you today."

41. Sergeant Hovinghoff asked Trooper Schoenborn "Did they confirm on either of those warrants?" and Trooper Schoenborn responded "No."

42. Trooper Schoenborn transported Plaintiff to Klickitat County Jail for booking after the arrest for failure to identify.

43. While standing and speaking to the booking officer at the jail, Plaintiff stated that "I've been sitting in the back of the car for like almost two hours,

JOINT STATEMENT OF UNCONTROVERTED FACTS                6

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

bro. Can I get something to drink."

44.    During medical intake, Plaintiff reported pain in his leg and amputated leg and stated that he had been shoved and his foot twisted during the arrest.

45.    While walking by the booking window, Plaintiff walked by and stated "I forgive you. I really do.  I want you to do better and I hope this is a learning experience for you." Trooper Schoenborn responded, "You just need to identify yourself the first time when I ask."  Plaintiff responded, "I don't care what you say." Trooper Schoenborn then responded, "That's why we're here right now though." Plaintiff then asked, "Do you think what you did is okay today?" and Trooper Schoenborn responded, "I do."

46.    Records attached to Trooper Schoenborn's affidavit include Notice of Infraction no. 5A0273716 for RCW 46.16A.200(7)(c) and Notice of Criminal Citation no. 5A0273717 for RCW 46.61.021(3).

47.    The March 24, 2025, Notice of Disposition states that the duty-to-stop-and-identify charge associated with cause no. 5A0273717 was dismissed without prejudice.

48.    Before activating emergency lights behind Plaintiff's vehicle, Trooper Schoenborn had not personally observed Plaintiff operating the vehicle on a public roadway.

49.    Before Trooper Schoenborn placed Plaintiff in handcuffs, Plaintiff

JOINT STATEMENT OF
UNCONTROVERTED FACTS                    7                    ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
509-456-3123

told him that he had one leg, was an amputee, and/or had a prosthetic leg.

50.    Sergeant Hovinghoff did not request or summon medical evaluation for Plaintiff at the scene.

DATED this ___13___ day of August, 2026.

NICHOLAS W. BROWN
Attorney General


 s/*Brandon Slaven*
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
509-456-3123
Brandon.Slaven@atg.wa.gov

JOINT STATEMENT OF
UNCONTROVERTED FACTS

8

**PROOF OF SERVICE**

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and via Electronic Service per agreement:

> CAMERON JAMES WILSON
> 1312 SOUTH 44TH
> YAKIMA, WA 98908

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __13__ day of August, 2026, at Spokane, Washington.

NICHOLAS W. BROWN
Attorney General


 s/*Brandon Slaven*
BRANDON SLAVEN, WSBA No. 57123
Assistant Attorney General
Attorneys for the Defendants
1116 W. Riverside Ave., Suite 100
Spokane, WA 99201-1106
509-456-3123
Brandon.Slaven@atg.wa.gov

JOINT STATEMENT OF
UNCONTROVERTED FACTS

9