Brandon Slaven
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123

HONORABLE MARY K. DIMKE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CAMERON JAMES WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHOENBORN AND SERGEANT HOVINGHOFF,<br><br>Defendants. | NO. 1:25-cv-03038-MKD<br><br>STIPULATED MOTION AND ORDER DISMISSING WITH PREJUDICE<br><br>**(Clerk's Action Requested)**<br><br>October 1, 2026<br>Without Oral Argument |

BY STIPULATION AND AGREEMENT, the Plaintiff, Cameron James Wilson, in order to effect resolution of the matter, request the Court dismiss all claims against Washington State Patrol, David Schoenborn and Sergeant Hovinghoff in this matter with prejudice and without costs as the parties have reached a mutually agreeable resolution.

DATED this __1____ day of September, 2026.

NICHOLAS W. BROWN
Attorney General

s/*Brandon Slaven*
BRANDON SLAVEN, WSBA #57123
Assistant Attorney General
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 – Telephone
Brandon.Slaven@atg.wa.gov

CAMERON J. WILSON
Pro Se Plaintiff

/Cameron James Wilson
CAMERON J. WILSON
cam@piitp.com

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants Washington State Patrol, David Schoenborn, and Sergeant Hovinghoff shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

Signed this _____ day of October, 2026.

______________________________
HONORABLE MARY K. DIMKE

NICHOLAS W. BROWN
Attorney General

s/*Brandon Slaven*
BRANDON SLAVEN, WSBA #57123
Assistant Attorney General
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 – Telephone
Brandon.Slaven@atg.wa.gov

CAMERON J. WILSON
Pro Se Plaintiff

/Cameron James Wilson
CAMERON J. WILSON
cam@piitp.com